*Friday, January 19, 2001*

## MOTION DOCKET

**90–1815.  State v. Slagle.**
Cuyahoga App. No. 55759. On July 18, 1994, this court continued the stay of execution of sentence in this cause pending exhaustion of state post-conviction remedies. It appearing to the court that this court affirmed the judgment in case No. 94–2207, appellant's appeal under App.R. 26(B), on July 19, 1995, and declined jurisdiction and dismissed the appeal in case No. 00–1743, appellant's post-conviction appeal, on December 20, 2000,

IT IS ORDERED by the court, *sua sponte,* that the stay of execution entered in this cause on July 18, 1994, be and is hereby revoked.

IT IS HEREBY ORDERED by this court that said sentence be carried into execution by the Warden of the Southern Ohio Correctional Facility or, in his absence, by the Deputy Warden on Thursday, the 19th day of April, 2001, in accordance with the statutes so providing.

IT IS FURTHER ORDERED that a certified copy of this entry and a warrant under the seal of this court be duly certified to the Warden of the Southern Ohio Correctional Facility and that said Warden shall make due return thereof to the Clerk of the Court of Common Pleas of Cuyahoga County.

**00–2051.  State ex rel. Elsass v. Shelby Cty. Bd. of Commrs.**
Shelby App. No. 17–99–17. This cause is pending before the court as an appeal from the Court of Appeals for Shelby County. Upon consideration of appellant's motion to stay the briefing schedule to facilitate settlement,

IT IS ORDERED by the court that the motion to stay the briefing schedule be, and hereby is, granted for a period of twenty days from the date of this entry.

## MISCELLANEOUS DISMISSALS

**01–17.  Cave v. Conrad.**
Pike App. No. 00CA645. This cause is pending before the court on the certification of a conflict by the Court of Appeals for Pike County. On January 3, 2001, appellant filed a notice of certified conflict in this case. Whereas the notice does not contain a copy of the conflicting court of appeals' opinion for *Cave v. Conrad et al.,* as required by S.Ct.Prac.R. IV(1),

IT IS ORDERED by the court, *sua sponte,* that the notice filed by appellant be, and hereby is, stricken, and this cause be, and hereby is, dismissed.

IT IS FURTHER ORDERED that the appellee recover from the appellant her costs herein expended; and that a mandate be sent to the Court of Appeals for Pike County to carry this judgment into execution; and that a copy of this entry be certified to the Clerk of the Court of Appeals for Pike County for entry.

*Wednesday, January 24, 2001*

## MERIT DOCKET

**00–1871.  State ex rel. Cottrell v. Indus. Comm.**
In Mandamus. On answer of respondents Industrial Commission of Ohio and Administrator, Bureau of Workers' Compensation, motion for judgment on pleadings of Industrial Commission of Ohio and Administrator, Bureau of Workers' Compensation, motion to dismiss of LTV Steel Company, Inc., and/or motion for summary judgment of LTV Steel Company, Inc., motion to strike affidavit in support of complaint of LTV Steel Company, Inc., and answer of respondent LTV Steel Company, Inc. Motion to dismiss sustained. Cause dismissed. All other motions are denied as moot.

Moyer, C.J., Douglas, Resnick, F.E. Sweeney, Pfeifer, Cook and Lundberg Stratton, JJ., concur.